# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID CARLTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV293** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY** | ) | |
| **and UNION PACIFIC CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' Joint Stipulation (Filing No. 6). The parties stipulate that pages 12 through 17 of attachment 1 to the Notice of Removal (Filing No. 1) were erroneously added to the original document. Further, the parties stipulated the excess pages should be removed. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Stipulation (Filing No. 6) is granted.

2. The Clerk of Court shall remove pages 12 through 17 of attachment 1 from Filing No. 1.

DATED this 24th day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge