# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID CARLTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV293** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY** | ) | |
| **and UNION PACIFIC CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' Stipulation to Extend Plaintiff's Response to Defendants' Motion to Dismiss and to File the Parties' Planning Report (Filing No. 11). Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The parties' Stipulation to Extend Plaintiff's Response to Defendants' Motion to Dismiss and to File the Parties' Planning Report (Filing No. 11) is granted.

2. The plaintiff's deadline for filing his response to the defendant's Partial Motion to Dismiss is extended to on or before **August 31, 2005**.

3. The parties' deadline for filing their planning conference report is extended to on or before **September 14, 2005**.

DATED this 11th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge