## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARLTON, | ) | |
| | ) | **8:05CV293** |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| vs. | ) | **FINAL PROGRESSION ORDER** |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| a Delaware Corporation, and UNION | ) | |
| PACIFIC CORPORATION,  a Utah | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' stipulation (Filing No. 32) to amend the progression order.  Upon consideration, the motion will be granted as set forth below.

**IT IS ORDERED:**

1.      The parties' stipulation to amend (Filing No. 32) the progression order is granted is set forth below.

2.      **Deposition Deadline.**  All depositions, whether or not they are intended to be used at trial, shall be completed by **May 31, 2006**.  All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date.  Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, as amended, but such extensions shall not extend any of the dates in this order; any requests for extensions of any of the deadlines herein shall be made by appropriate motion and order.

3.      **Pretrial Disclosures.**  Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

      A.      **Disclosure of Witnesses - On or before May 1, 2006:**  The name, address and telephone number of each witness, separately identifying

those whom the party expects to present and those whom the party may call if the need arises.

**B.**     **Deposition Testimony and Discovery - On or before November 27, 2006:**  1)  The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer.  Such designations and any objections thereto shall also be included in the final pretrial conference order.  **See** NECivR 16.2.

**C.**     **Trial Exhibits - On or before November 27, 2006:**  A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits.   The parties shall also designate on the list those exhibits it may offer only if the need arises.

**D.**     **Waiver of Objections** - Any objections to the use of witnesses, deposition designations, discovery responses, or exhibits shall be listed in the pretrial order.  Failure to list objections (except those under Fed. R. Evid. 402 and 403) shall be deemed waived, unless excused by the court for good cause shown.

**E.**     **Filing of Disclosures** - The filing of pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) shall be deemed filed at the time of the filing of the Order on Final Pretrial Conference in this matter.

4.     **Motions in Limine.  Any other** motions *in limine* shall be filed not later than **December 1, 2006**.

5.     **All**  motions for summary judgment shall be filed **on or before June 30, 2006**.  **See** NECivR 56.1 and 7.1.

6.     **The Final Pretrial Conference** with the undersigned magistrate judge is set for **December 8, 2006, at 9:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties.  Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.  By the time of the pretrial

2

conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

7.      **Trial** is set to commence **at 8:30 a.m. on December 26, 2006,** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury..

8.      **On or before June 1, 2006**, the parties are to provide a status report regarding settlement negotiation.  The report shall be in the form of a letter to the court from the plaintiff on behalf of all of the parties.

9.      **Motions to Alter Dates.**  All requests for changes of date settings shall be directed to the undersigned magistrate judge by appropriate motion.

DATED this 10th day of March, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge

3