# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID CARLTON ) | CASE NO. 8:05CV293 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, et. al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW ON this 10th day of August, 2006, this matter came before the Court upon the Motion to Extend Plaintiff's Deadline to Submit a Reply Brief and Evidence in Opposition to Defendant's Motion for Summary Judgment.  (Filing No. 68).

The Court finds that good cause exists to grant said motion.

IT IS HERBY ORDERED that Plaintiff is given until September 13, 2006 to submit a reply brief and evidence in opposition to the Defendant's Motion for Summary Judgment.

BY THE COURT:


s/ Joseph F. Bataillon
The Honorable Joseph F. Bataillon
United States District Court Judge