IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID CARLTON,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>a Delaware Corporation, and<br>UNION PACIFIC CORPORATION,<br>a Utah Corporation,<br><br>        Defendants. | 8:05CV293<br><br>THIRD AMENDED<br>FINAL PROGRESSION ORDER |

This matter is before the court on the parties' Joint Motion for a Continuance (Filing No. 81). The parties seek a continuance of the trial date by 30 to 60 days. Upon consideration, the following deadlines are amended.

**IT IS ORDERED:**

1. The parties' Joint Motion for a Continuance (Filing No. 81) is granted. The Second Amended Progression Order (Filing No. 52) is amended as set forth below.

2. **Pretrial Disclosures.** Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

    A. **Deposition Testimony and Discovery - On or before January 5, 2007:** 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer. Such designations and any objections thereto shall also be included in the final pretrial conference order. **See** NECivR 16.2.

    B. **Trial Exhibits - On or before January 5, 2007:** A list of all exhibits it expects to offer by providing a numbered listing and permitting

examination of such exhibits.  The parties shall also designate on the list those exhibits it may offer only if the need arises.

      **C.**    **Waiver of Objections** - Any objections to the use of witnesses, deposition designations, discovery responses, or exhibits shall be listed in the pretrial order.  Failure to list objections (except those under Fed. R. Evid. 402 and 403) shall be deemed waived, unless excused by the court for good cause shown.

      **D.**    **Filing of Disclosures** - The filing of pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) shall be deemed filed at the time of the filing of the Order on Final Pretrial Conference in this matter.

    3.    **Motions in Limine.  All** motions *in limine* shall be filed not later than **January 12, 2007**.

    4.    **The Final Pretrial Conference** with the undersigned magistrate judge is set for **January 19, 2007 at 9:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties.  Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.  By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

    6.    **Trial** is set to commence **at 8:30 a.m. on February 20, 2007,** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

    DATED this 20th day of November, 2006.

                                                 BY THE COURT:

                                                 s/Thomas D. Thalken
                                                 United States Magistrate Judge