# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2007-01 |
| THE HONORABLE KAREN E. SCHREIER | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon and Karen E. Schreier,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Bataillon to Judge Schreier for the purpose of trial:

   **8:05CV293   Carlton v. UPRR, et al.**

2. The magistrate judge assignment will remain unchanged.

3. The above case will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, during the week of **February 12, 2007.**

DATED 17th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge