UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARLTON, | ) | 8:05CV293 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| UNION PACIFIC RAILROAD COMPANY and UNION PACIFIC CORPORATION, | ) | |
| Defendants. | ) | |

Plaintiff moves to extend the time to respond to defendants' motion in limine. Defendants have no objection. It is therefore

ORDERED that plaintiff's motion (Docket 98) is granted. The time for plaintiff to respond to defendants' motion in limine is extended to **February 6, 2007.**

Dated January 25, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE