UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARLTON, | ) | 8:05CV293 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON DEFENDANTS' |
| vs. | ) | OBJECTIONS TO |
| | ) | DESIGNATION OF |
| UNION PACIFIC RAILROAD COMPANY | ) | DEPOSITION TESTIMONY |
| and UNION PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

The court has been informed by both parties that the only witness they intend to present by deposition is Richard Jepsen. The court makes the following rulings on defendants' objections to plaintiff's designation of deposition testimony of Jepsen:

| Page(s) and line(s) | Ruling |
|---|---|
| 4:17-5:4 | Sustained |
| 7:23-8:14 | Overruled |
| 10:5-14:11 | Overruled |
| 15:9-17:20 | Overruled |
| 19:25-22:5 | Sustained |
| 25:7-10 | Overruled |
| 26:11-27:14 | Overruled |
| 28:6-29:17 | Overruled |
| 30:2-32:4 | Sustained |
| 33:7-16 | Sustained |
| 37:14-17 | Overruled |
| 38:4-7 | Overruled |

| | |
|---|---|
| 38:23-43:11 | Overruled |
| 44:9-48:13 | Overruled |
| 49:11-15 | Overruled |
| 50:4-56:21 | Overruled |
| 60:13-23 | Overruled |
| 61:9-16 | Overruled |
| 62:5-17 | Overruled |
| 66:1-68:6 | Overruled |
| 69:15-18 | Overruled |
| 72:23-73:3 | Overruled |
| 72:23-74:1 | Overruled |
| 74:6-75:14 | Overruled |
| 77:17-21 | Overruled |

Dated February 9, 2007.

                BY THE COURT:

                /s/ *Karen E. Schreier*
                KAREN E. SCHREIER
                CHIEF JUDGE