UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARLTON, | ) | 8:05CV293 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pending before the court are defendant's renewal of motion for judgment as a matter of law and plaintiff's motion for attorney fees. A Satisfaction of Judgment was entered in this case on April 16, 2007. It is hereby

ORDERED that defendant's renewal of motion for judgment as a matter of law (Docket 133) is denied as moot.

IT IS FURTHER ORDERED that plaintiff's motion for attorney fees (Docket 135) is denied as moot.

Dated May 9, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE